IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE: **CEASER, RAOUL MCKINLEY** CASE NO. **09-20003**

Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

BRYAN F. GILL, JR., Trustee of this estate, reports the following:

(1) Final distribution was made in the case on **August 14, 2009**. The following creditor was mailed distribution check but said check remains un-negotiated and ninety days has passed since final distribution was made.

(2) The name of person to whom such un-negotiated distribution check was issued, the amount of such check, and their last known address is:

NAMES AND ADDRESSES: AMOUNT OF UNCLAIMED FUNDS:

NEW HORIZONS CU $1,927.59
PEAK 5
6782 S POTOMAC ST.
CENTENNIAL CO 80112

(3) All other distribution checks have been negotiated, returned by the bank and are now in the possession of the Trustee.

(4) A check made payable to the Clerk, U. S. Bankruptcy Court, in the amount of **$1,927.59** representing the value of all uncashed check is attached hereto.

LAKE CHARLES, LOUISIANA, this **10h** day of **May, 2010**.

/S/ Bryan F. Gill, Jr.
BRYAN F. GILL, JR. TRUSTEE